IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| MARY A. SMITH | ) |
| *Plaintiff,* | ) CIVIL ACTION NO: _____ |
| vs. | ) JURY DEMAND |
| WRIGLEY MANUFACTURING COMPANY, LLC | ) |
| *Defendant.* | ) |

## COMPLAINT

Mary A. Smith, Plaintiff, would show the Court the following as her <u>Complaint</u> against the Defendant, Wrigley Manufacturing Company, LLC:

### I.

Defendant is a limited liability company organized in the State of Delaware and licensed to do business in the State of Tennessee. Defendant conducts a manufacturing plant in Hamilton County, Tennessee where Plaintiff was previously employed. Plaintiff is a resident of Hamilton County, Tennessee. The cause of action alleged herein arose in the Southern Division of the Eastern District of Tennessee. Defendant employs 20 or more employees, and conducts business in interstate commerce.

### II.

Plaintiff was a longtime employee of Defendant and its predecessor company. Despite Plaintiff's good record with the Defendant, Defendant discharged the employment of Plaintiff on or about March 3, 2016. This discharge was largely based upon the pretext of alleged misconduct when the real motivation was age discrimination in violation of 29 U.S.C. § Sections 621 to 634. Plaintiff is and was over 40 years of age at the time of discharge.

**III.**

Plaintiff timely filed a Complaint with the Equal Employment Opportunity Commission, who issued a Dismissal and Notice of Rights dated May 3, 2017, a copy of which is attached as Exhibit A, to this Complaint.

**IV.**

As a direct and proximate result of the discriminatory actions of the Defendant, Plaintiff has lost earnings and incurred attorney fees and costs. The actions of Defendant were willful and with an intent to hurt Plaintiff.

**V.**

**WHEREFORE**, Plaintiff prays:

1) That Defendant be served with a copy of this Complaint, process and be ordered to answer.

2) That Plaintiff be granted a judgment for lost earnings, attorney fees and costs.

3) That Plaintiff be reinstated in her prior employment.

4) That Plaintiff be granted punitive damages.

5) That Plaintiff be granted a jury trial.

6) That Plaintiff be granted general relief.

**RESPECTFULLY SUBMITTED**, this 22nd day of June, 2017.

---

CHARLES G. WRIGHT, JR., BPR # 915
Attorney for the Plaintiff
3116 Brainerd Rd., Suite A
Chattanooga, TN 37411
(423) 493-1926 phone
(423) 493-2142 fax

RIVER CITY LEGAL GROUP, PLLC
Attorneys at Law
3116 Brainerd Rd., Suite A
Chattanooga, Tennessee 37411
(423) 493-1926

Case 1:17-cv-00183-CLC-CHS   Document 1-3   Filed 06/28/17   Page 2 of 2   PageID #: 2